IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TIMOTHY AMMONS IV.,** : | |
| : | |
| **Plaintiff,** : | |
| : | No. 5:24-cv-00187-MTT-TQL |
| v. : | |
| : | |
| **BIBB CO. SHERIFF'S OFFICE,** : | |
| *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

*Pro se* Plaintiff Timothy Ammons, IV., while an inmate at the Bibb County Jail in Macon, Georgia filed a 42 U.S.C. § 1983 complaint. ECF No. 1. Plaintiff requested leave to proceed *in forma pauperis*. ECF No. 2. On August 21, 2024, the Court granted Plaintiff's motion to proceed *in forma pauperis* and ordered Plaintiff to pay an initial partial filing fee of $29.61 within fourteen days. ECF No. 11. Plaintiff was further instructed that he must keep the Court informed of any future address change. *Id*. at 4; *see also* ECF No. 4 at 2. Plaintiff was advised that failure to comply with an order of the Court can result in dismissal of his civil action. *Id*. Plaintiff failed to respond.

On September 13, 2024, the Court notified Plaintiff that it had not received payment of the filing fee and Plaintiff was ordered to show cause why this action should not be dismissed for failure to comply with an order of the Court. ECF No. 13. The Court again informed Plaintiff that this action could be dismissed if he failed to respond to a court order or otherwise pay the filing fee. *Id*. Plaintiff was given fourteen (14) days to comply with

the Court's order. *Id*. Plaintiff has again failed to respond and mail sent to the Plaintiff has been returned to the Court with a notation that he is no longer incarcerated at the Bibb County Jail. *See* ECF Nos. 12 and 14.

Due to Plaintiff's failure to follow the Court's Orders, failure to keep the Court informed of his address, and failure to prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED,** this 4th day of October, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT